UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TITLE ONE, INC.,**

    Plaintiff,

                                                     Civil No.**08-11624**
                                                     Hon. John Feikens

    v.

**NATL. UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **9/1/2009**, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                             **s/John Feikens**
                                                             John Feikens
                                                             United States District Judge

Dated:  September 24, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 24, 2009.

s/Carol Cohron
Deputy Clerk